FILED

2003 OCT 30 P 1:00

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM C. KOHLER, | : | CIVIL ACTION |
| Plaintiff | | NO. 302CV1918 (AWT) |
| V. | : | |
| CRABTREE SUBARU, | | |
| Defendant | : | OCTOBER 30, 2003 |

## DEFENDANT'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendant, Crabtree Subaru, respectfully moves the Court for a modification of the current scheduling order to extend the discovery and dispositive motion deadlines for an additional ninety (90) days to accommodate settlement negotiations and discovery. In support of this motion, the undersigned counsel for the Defendant represents the following:

1. The Plaintiff commenced this action by complaint dated October 29, 2002. On December 18, 2002, the Defendant filed its Answer and Affirmative Defenses. On gust 7, 2003, the parties filed their Rule 26(f) report and case management plan, which set forth the scheduling deadlines in this matter, including the discovery deadline of October 30, 2003 and the dispositive motion deadline of February 1, 2004.

2. On September 30, 2003, the undersigned counsel filed an appearance in this matter following the motion to withdraw appearance filed by Attorney Kristi Mackin on August 15, 2003. As such, the undersigned counsel has only recently become

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

involved in this matter and requires the additional time to become acquainted with the facts of this case.

3. Prior to the withdrawal of Attorney Mackin, the Defendants had noticed the deposition of the Plaintiff for September 4, 2003, which was marked off due to scheduling conflicts. No witnesses have been deposed in this matter to date. In the interim, this case had been referred to Magistrate Donna F. Martinez for a settlement conference by order dated September 15, 2003.

4. The parties are currently attempting to schedule the settlement conference with Magistrate Martinez. In the event that the parties fail to reach a settlement of this matter, significant discovery remains to be completed including written discovery and the deposition of the Plaintiff, among other witnesses.

5. This is the Defendant's first motion for extension of time with respect to the modification of the scheduling order. The undersigned counsel has contacted Tanya Wolanic, counsel for the Plaintiff who consents to this motion.

WHEREFORE, the Defendant respectfully requests the Court to grant the Defendant's motion for modification of the scheduling order for an additional ninety (90) days and to accommodate settlement discussions and discovery and enter an order as follows:

1. All discovery, including depositions of all witness, shall be completed by January 30, 2004;

2. Dispositive motions shall be filed on or before May 1, 2004.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT,
CARBTREE SUBARU

By: _____
James M. Sconzo
Fed. Bar #ct04571 and
Kevin R. Brady
Fed. Bar #ct22135
HALLORAN & SAGE, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
860-522-6103

## CERTIFICATION

This is to certify that on this 30th day of October 2003, the foregoing was either mailed, postpaid, or hand-delivered to:

Gary Phelan, Esq.
Tanya Wolanic
Klebanoff & Phelan PC
433 South Main Street Suite 117
West Hartford CT 06110

_____
Kevin R. Brady

469648.1(HSFP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105