UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM KOHLER

V.                                    Case Number: 3:02CV1918 (AWT)

CRABTREE SUBARU

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>November 13, 2003</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 13, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, November 13, 2003.


KEVIN F. ROWE, CLERK

By: *[signature]*
Robert K. Wood
Deputy Clerk