UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM C. KOHLER, | : | CIVIL ACTION |
| Plaintiff | | NO. 302CV1918 (AWT) |
| V. | : | |
| CRABTREE SUBARU, | : | |
| Defendant | : | OCTOBER 30, 2003 |

## DEFENDANT'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendant, Crabtree Subaru, respectfully moves the Court for a modification of the current scheduling order to extend the discovery and dispositive motion deadlines for an additional ninety (90) days to accommodate settlement negotiations and discovery. In support of this motion, the undersigned counsel for the Defendant represents the following:

1.  The Plaintiff commenced this action by complaint dated October 29, 2002. On December 18, 2002, the Defendant filed its Answer and Affirmative Defenses. On gust 7, 2003, the parties filed their Rule 26(f) report and case management plan, which set forth the scheduling deadlines in this matter, including the discovery deadline of October 30, 2003 and the dispositive motion deadline of February 1, 2004.

2.  On September 30, 2003, the undersigned counsel filed an appearance in this matter following the motion to withdraw appearance filed by Attorney Kristi Mackin on August 15, 2003. As such, the undersigned counsel has only recently become

GRANTED. Discovery shall be completed by January 30, 2004. Dispositive motions, if any, shall be filed on or before April 30, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 11/18/03

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105