

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM C. KOHLER,<br>Plaintiff | : | CIVIL ACTION<br>NO. 302CV1918 (AWT) |
| V. | : | |
| CRABTREE SUBARU,<br>Defendant | : | NOVEMBER 20, 2003 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-referenced action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), request the Court dismiss this action with prejudice, and without cost to any party.

DATED: 11/20/03

THE PLAINTIFF:
William Kohler

By_____
Gary Phelan, Esq.
Klebanoff & Phelan, P.C.
Fed Bar #ct03670
433 South Main Street
Suite 117
West Hartford, CT 06110
(860) 313-5005

DATED: 11/20/03

THE DEFENDANT:
CRABTREE SUBARU

By_____
James M. Sconzo
Fed. Bar #ct04571 and
Kevin R. Brady
Fed Bar #ct22135 of
HALLORAN & SAGE, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

SO ORDERED:

_____
United States District Judge

487668.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105