

#21

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM C. KOHLER, Plaintiff | : | CIVIL ACTION NO. 302CV1918 (AWT) |
| V. | : | |
| CRABTREE SUBARU, Defendant | : | NOVEMBER 20, 2003 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-referenced action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), request the Court dismiss this action with prejudice, and without cost to any party.

DATED: 11/20/03                    DATED: 11/20/03

THE PLAINTIFF:                     THE DEFENDANT:
William Kohler                     CRABTREE SUBARU

By _Gary Phelan_                   By _____
Gary Phelan, Esq.                  James M. Sconzo
Klebanoff & Phelan, P.C.           Fed. Bar #ct04571 and
Fed Bar #ct03670                   Kevin R. Brady
433 South Main Street              Fed Bar #ct22135 of
Suite 117                          HALLORAN & SAGE, LLP
West Hartford, CT 06110            One Goodwin Square
(860) 313-5005                     225 Asylum Street
                                   Hartford, CT 06103
**APPROVED and SO ORDERED.**       (860) 522-6103



ALVIN W. THOMPSON, U.S.D.J.        SO ORDERED:
HARTFORD, CT  12/19/03

                                   _____
                                   United States District Judge

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105